UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X
U.S.A.                          :
                                :
    —    against    —           :
                                :          ORDER
                                :          19 CR. 536 (PKC)
                                :
OMAR LOPEZ CASTRO               :
                                :
               Defendant.       :
———————————————————— — X

    IT IS HEREBY ORDERED, that the Metropolitan Detention

Center, Brooklyn, NY receive one box of clothing and accessories

on or before November 5, 2023 and provide one outfit from said

box each day to Omar Lopez Castro, U.S. Marshal's number

19030-069, for each day of trial attendance beginning on

November 6, 2023 until the conclusion of the trial.

November 1, 2023. New York New York.


_____
HONORABLE P. KEVIN CASTEL

U.S. DISTRICT JUDGE

SOUTHERN DISTRICT OF NEW YORK