Application GRANTED.
SO ORDERED.
Dated:  11/3/2023

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

ALEXEI SCHACHT
ATTORNEY AT LAW
123 WEST 94TH STREET
NEW YORK, NEW YORK 10025
TEL: (646) 729-8180
FAX: (212) 504-8341
alexei@schachtlaw.net

November 3, 2023

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Omar Lopez Castro</u>
              19 Cr. 536 (PKC)

Your Honor:

    I write in anticipation of this Monday's trial in this matter to ask that the Court grant me permission to bring one laptop computer and power cord into the Courthouse for the duration of the trial to aid the defense to review the voluminous evidence and 3500 material in the case.

    Thank you for considering this request.

                              Yours truly,

                              *Alexei Schacht*

                              Alexei Schacht

cc:    All counsel of record by ECF