**SUSAN C. WOLFE, ESQ.**
Law office of Susan C. Wolfe
2400 Johnson Ave, Suite 1G
Bronx, York 10463

| | |
|---|---|
| Tel:   (917) 209-0441 | Diane Fischer, |
| Email:  scwolfe@scwolfelaw.com | of counsel |

March 28, 2024

Honorable P. Kevin Castel
United States District Judge
United State District Court
50 Pearl Street
New York, New York

    **Re:**  *United States v. Omar Lopez Castro,* 19-536 (PKC)

Dear Judge Castel:

    On behalf of defendant Omar Lopez Castro in the above-referenced case, I respectfully submit this letter to request an extension of time to April 18, 2024, within which to file motions pursuant to Rules 29 and 33. The government has advised me that it does not object to this request. Sentencing is scheduled for June 25, 2024. The Probation Department has interviewed Mr. Castro but has not yet issued the presentence report.

    Upon my earlier request, the Court set April 2, 2024 as the deadline for post-trial motions. *See* Dkt. 514. We seek the additional time for a combination of the following reasons. First, Mr. Castro is very involved in his defense, and it has been a challenge to coordinate an in-person meeting with him at the Metropolitan Detention Center. We expect to meet with him on Monday to discuss the motions and want to be sure that he has sufficient time to participate, contribute and understand the scope of the arguments that can be made in these motions. Second, my co-counsel and I both have had a series of deadlines in competing matters stretching into early April that have diverted us from giving our full attention to Mr. Castro.

    We appreciate the Court's consideration of this request.

Application GRANTED.
SO ORDERED.

Dated: March 29, 2024

*[signature]*
P. Kevin Castel
United States District Judge

Respectfully submitted,

/S/

SUSAN C. WOLFE