The Law Offices of<br>
**ANDREW J. FRISCH, PLLC**<br>
40 Fulton Street, 17th Floor<br>
New York, New York 10038<br>
212-285-8000

April 29, 2024

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          *Re: United States v. Omar Lopez Castro, 19-536 (PKC)*

Dear Judge Castel:

       On behalf of defendant Omar Lopez Castro in the above-referenced case, I respectfully submit this letter to request an extension of time from today, April 29, 2024, until tomorrow, April 30, 2024, by when to file motions pursuant to Rules 29 and 33. Attorney Susan Wolfe and I are preparing the motions together, and we have encountered some technical issues that we need to resolve before filing. I have not yet heard back from the government as to its position on this application, but I have no reason to believe that the government would object.

       We appreciate the Court's consideration of this request.

                                  Respectfully,

                                  /s/ *Andrew J. Frisch*
                                  Andrew J. Frisch

To: U.S. Attorney's Office

Application Granted.

So Ordered: _____
                      Hon. P. Kevin Castel, U.S.D.J.
                                4-30-24