UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                19-cr-536 (PKC)

        -against-                                            <u>ORDER</u>

OMAR LOPEZ CASTRO,

                          Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        On June 11, 2024, the Court received the reply brief on defendant's post-verdict motions.  In order to afford adequate time for the Court to decide the motions and to accommodate the government's scheduling needs, the Court will adjourn the sentencing from August 1, 2024 to October 17, 2024 at 11:00 a.m. in Courtroom 11D.

        SO ORDERED.

                                                        P. Kevin Castel
                                                    United States District Judge

Dated:   New York, New York
             June 14, 2024