**SUSAN C. WOLFE, ESQ.**
Law office of Susan C. Wolfe
2400 Johnson Ave, Suite 1G
Bronx, York 10463

Tel:  (917) 209-0441                                                    Diane Fischer,
Email:  scwolfe@scwolfelaw.com                               of counsel

December 4, 2024

Honorable P. Kevin Castel
United States District Judge
United State District Court
50 Pearl Street
New York, New York

**Re:**   *United States v. Omar Lopez Castro,* **19-536 (PKC)**

Dear Judge Castel:

Without changing the sentencing date, the government has kindly consented to an additional two days for Mr. Lopez Castro to file his sentencing memorandum, on December 6, 2024.  The government intends to file its sentencing memorandum, as per the Court's rules, one week before sentencing.

We request that the Court approve this minor adjustment to the schedule.

Respectfully submitted,

Application Granted.
SO ORDERED.                                         /S/
Dated:  12/5/2024

Susan C. Wolfe
Andrew Frisch

P. Kevin Castel
United States District Judge